# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE; CALIFORNIANS FOR RENEWABLE ENERGY; ALFREDO ACOSTA FIGUEROA; PHILLIP SMITH; PATRICIA FIGUEROA; RONALD VAN FLEET; CATHERINE OHRIN-GREIPP; RUDY MARTINEZ MACIAS; and GILBERT LEIVAS,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>                Defendants. | Case No. CV 11-00400 DMG (DTBx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Plaintiff's Motion for Summary Judgment, Defendants' Motion for Summary Judgment, and Intervenor's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants United States Department of the Interior, Ken Salazar, United States of Bureau of Land Management, Robert Abbey, Teri Raml, Rusty Lee, United States Department of Energy, Steven Chu, United States Treasury, Timothy F.

1  Geitner, and Federal Financing Bank, as well as Intervenors Solar Partners I, LLC, Solar
2  Partners II, LLC, Solar Partners VIII, LLC, and BrightSource Energy, Inc., and against
3  Plaintiffs La Cuna De Aztlan Sacred Sites Protection Circle Advisory Committee,
4  CAlifornians For Renewable Energy, Alfredo Acosta Figueroa, Patricia Figueroa, Phillip
5  Smith, Ronald Van Fleet, Catherine Ohrin-Greipp, Rudy Martinez Macias, and Gilbert
6  Leivas, who shall take nothing.

8  DATED:  August 21, 2013

    _____
    DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE